

**AO 10**
**Rev. 1/2008**

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Ellison, Keith P. | 2. Court or Organization<br><br>U.S.D.C. Southern of Texas | 3. Date of Report<br><br>7/22/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>515 Rusk Street, Room 3716<br>Houston TX 77002 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Harry A. Blackmun Scholarship Foundation |
| 2. Director | Executive Committee Order of Coif |
| 3. Secretary | Rhodes Scholarship Selection Committee - District VIII |
| 4. Advisory Director | Houston Achievement Place |
| 5. Counselor and Director | Garland Walker Inn - American Inns of Court |
| 6. Member | Yale Law School Association Executive Committee |

RECEIVED 2009 AUG -3 A 11: 52 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Ellison, Keith P**

| Name of Person Reporting | Date of Report |
|---|---|
| Ellison, Keith P. | 7/22/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | Fulbright & Jaworski, L.L.P. |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Order of Coif | 1/4/2008 | New York, NY | Meeting of Executive Comm | Reimbursement of travel, some meals and lodging to attend meeting |
| 2. University of Texas | 4/10/2008 - 4/11/2008 | Austin, Texas | Conf. on Jud. Clerkship | Transportation/meals/lodging |
| 3. Yale Law School | 4/18/2008 | New Haven, CT | Moot Court | Transportation /meals/lodging |
| 4. Texas Bar Association | 5/29/2008 | Austin, Texas | Seminar for Labor and Emp | Transportation |
| 5. American Constitution Society | 8/28/2009 | Columbia, OH | Panel at Ohio State Univ. | Transportation/meals/lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Ellison, Keith P. | 7/22/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. J.P. Morgan Chase Bank | Revolving Loan Agreement | L |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| Ellison, Keith P. | . | 7/22/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 401(K) SAVINGS PLAN | E | Dividend | P1 | T | | | | | |
| 2. - Vanguard Prime Money Market Fund | | | | | | | | | |
| 3. - Vanguard Total Market Index Fund | | | | | | | | | |
| 4. - Vanguard International Stock Index Fund | | | | | | | | | |
| 5. - Vanguard Total Stock Market Index Fund | | | | | | | | | |
| 6. - Adams Express Co. Common Stock | | | | | | | | | |
| 7. - American Opportunities Mutual Fund | | | | | | | | | |
| 8. - Van Kampen Internet Mutual Fund | | | | | | | | | |
| 9. IRA | A | Dividend | O | T | | | | | |
| 10. - Dean Witter Dividend Growth Mutual Fund | | | | | | | | | |
| 11. - Dean Witter Money Market | | | | | | | | | |
| 12. - Van Kampen Internet Mutual Fund | | | | | | | | | |
| 13. RETIREMENT SAVINGS PLAN | B | Dividend | M | T | | | | | |
| 14. - Spartan U. S. Equity Income | | | | | | | | | |
| 15. 401(K) PLAN - TAX DEFERRED | E | Dividend | O | T | | | | | |
| 16. - Fidelity Contrafund | | | | | | | | | |
| 17. - Fidelity Government Income Fund | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| Ellison, Keith P. | - | 7/22/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. WELLS FARGO BANK | A | Interest | J | T | | | | | |
| 19. WELLS FARGO BANK | A | Interest | J | T | | | | | |
| 20. AMEGY BANK OF TEXAS CHECKING ACCOUNT | A | Interest | M | T | | | | | |
| 21. AMEGY BANK OF TEXAS SAVINGS ACCOUNT | A | Interest | M | T | | | | | |
| 22. FEDERAL THRIFT SAVINGS PLAN | A | Dividend | L | T | | | | | |
| 23. - Common Stock Index Investment Fund | | | | | | | | | |
| 24. FIDELITY BROKERAGE ACCOUNT | D | Dividend | L | T | | | | | |
| 25. - Fidelity Municipal Money Market | | | | | | | | | |
| 26. -Chevron Corp. Common Stock | A | Dividend | L | T | Sold | 6/23 | J | A | |
| 27. -Chevron Corp. Common Stock | A | Dividend | L | T | Sold | 7/7 | J | A | |
| 28. -Chevron Corp. Common Stock | A | Dividend | L | T | Sold | 9/25 | K | A | |
| 29. -Chevron Corp. Common Stock | A | Dividend | L | T | Sold | 11/3 | K | A | |
| 30. -Chevron Corp. Common Stock | A | Dividend | L | T | Sold | 11/11 | K | A | |
| 31. -Chevron Corp. Common Stock | A | Dividend | L | T | Sold | 11/24 | L | A | |
| 32. -Chevron Corp. Common Stock | A | Dividend | L | T | Sold | 11/25 | K | A | |
| 33. STATE FARM BANK | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ellison, Keith P. | 7/22/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544